In the Matter of the Application of KATHERINE LUONGO, Appellant, for an Order against GEORGE U. HARVEY, as President of the Borough of Queens, of the City and State of New York, to Compel the Performance of a Duty Specifically Enjoined by Law, Respondent.— Order denying appellant's motion, under article 78 of the Civil Practice Act, for an order compelling respondent to pave certain sidewalks in the borough of Queens, unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

HERBERT KANDELL, Appellant, Respondent, v. AMERICAN BEVERAGE CORPORATION, Respondent, Appellant.— On plaintiff's appeal, order setting aside verdict in favor of plaintiff and granting a new trial unanimously affirmed, with costs. Defendant's cross-appeal from order denying its motion to dismiss the complaint dismissed, without costs. Defendant, a manufacturer of beverages, entered into a contract with plaintiff as a distributor. On plaintiff's own testimony and that of defendant's sales manager, which was uncontradicted, plaintiff breached a material term of the contract by selling goods delivered to him for free distribution for advertising and sales promotion purposes, and retaining the proceeds of such sales. Apart from the question whether or not plaintiff voluntarily abandoned the contract, this breach by plaintiff was sufficient to warrant his discharge. (*Getty* v. *Williams Silver Co.*, 221 N. Y. 34.) In no event, therefore, could plaintiff recover. The motion to dismiss the complaint should have been granted. On this record, however, we can do nothing but affirm the order setting aside the verdict and granting a new trial, and dismiss the appeal from the other order, which was made upon a ruling upon the trial and is not appealable. (*Stephansen* v. *County of Westchester*, 257 App. Div. 1050.) Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

MORRIS KAUFMAN, Appellant, v. SIDNEY J. SCHULTZ, Doing Business as the NASSAU COUNTY RECORD COMPANY and JACK ALTSHUL, Respondents.— Action to recover damages for libel. Orders granting defendants' motions to dismiss the complaint on the ground that it fails to state facts sufficient to constitute a cause of action, and judgment entered thereon, unanimously affirmed, with one bill of ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.